CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

THE KARLIN LAW FIRM LLP
David E Karlin (SBN: 275905)
david@karlinlaw.com
13522 Newport Avenue, Suite 201
Tustin, CA 92780
Telephone: (714)731-3283
Facsimile: (714)731-5741
Attorneys for Defendants
Dollar Tree Stores, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia**, <br><br> Plaintiff, <br><br> v. <br><br> **Dollar Tree Stores, Inc.,** a Virginia Corporation; and Does 1-10, <br><br> Defendants. | Case: 2:20-cv-01491-MWF-AGR <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed without prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: March 19, 2020          CENTER FOR DISABILITY ACCESS

By:   /s/ Amanda Seabock
      Amanda Seabock
      Attorneys for Plaintiff

Dated: March 19, 2020          THE KARLIN LAW FIRM LLP

By:   /s/ David E. Karlin
      David E Karlin
      Attorneys for Defendant
      Dollar Tree Stores, Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to David E Karlin, counsel for Dollar Tree Stores, Inc., respectively, and that I have obtained David E Karlin authorization to affix his electronic signature to this document.

Dated: March 19, 2020          CENTER FOR DISABILITY ACCESS

                                            By:   /s/ Amanda Seabock
                                                    Amanda Seabock
                                                    Attorneys for Plaintiff